

United States District Court
Eastern District of California

---

LAUREN GOODWIN–KOENIG

Plaintiff(s)

V.

TARGET CORPORATION

Defendant(s)

Case Number: 1:22–CV–00212–DAD–BAM

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Jordyn Mitzman hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff LAUREN GOODWIN–KOENIG

On 10/10/2019 (date), I was admitted to practice and presently in good standing in the State of Florida (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: 03/01/2022          Signature of Applicant: /s/ *Jordyn Mitzman*

**Pro Hac Vice Attorney**

Applicant's Name: Jordyn Mitzman

Law Firm Name: PGMBM

Address: 161 Washington Street, Suite 250

City: Conshohocken          State: PA     Zip: 19428

Phone Number w/Area Code: (610) 941-4204

City and State of Residence: Miami Beach, Florida

Primary E-mail Address: Jmitzman@pgmbm.us

Secondary E-mail Address: Jordyn.mitzman@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Kolin C. Tang

Law Firm Name: Miller Shah, LLP

Address: 19712 MacArthur Blvd., Suite 222

City: Irvine          State: CA     Zip: 92612

Phone Number w/Area Code: (866) 540-5505          Bar # 279834

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: **March 7, 2022**          /s/ Barbara A. McAuliffe

JUDGE, U.S. DISTRICT COURT