UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN GOODWIN-KOENIG, | Case No. 1:22-cv-00212-DAD-BAM |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| v. | |
| TARGET CORPORATION, | (Doc. 12) |
| Defendant. | |

Pursuant to the parties' stipulation, and good cause appearing, Defendant Target Corporation's request for a second extension of time to respond to the complaint is GRANTED. Defendant shall have up to and including May 19, 2022, to respond the complaint.

IT IS SO ORDERED.

Dated:  **April 1, 2022**            /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE

1