UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN GOODWIN-KOENIG,<br><br>             Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>             Defendant. | Case No.:  1:22-cv-00212-DAD-BAM<br><br>**ORDER RE JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE** |

     Based on the Joint Stipulation to Continue the Scheduling Conference, and for good cause shown, the Court hereby orders that the Scheduling Conference set for May 31, 2022, at 9:30 am, is hereby CONTINUED to **November 3, 2022, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.**  The parties shall file a Joint Scheduling Report one week prior to the conference. The parties shall appear at the hearing remotely either via Zoom video conference or Zoom telephone number. The parties shall be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

    Dated:   **May 26, 2022**　　　　　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE