

# United States District Court
# Eastern District of California

| LAUREN GOODWIN-KOENIG |
|---|

Plaintiff(s)

Case Number:  1:22-cv-00212-DAD-BAM

V.

| TARGET CORPORATION |
|---|

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Alexandra C. Warren hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Plaintiff LAUREN GOODWIN-KOENIG

On  09/22/2016  (date), I was admitted to practice and presently in good standing in the State of Florida  (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/02/2022                Signature of Applicant: /s/ Alexandra C. Warren

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Alexandra C. Warren |
| Law Firm Name: | Cuneo Gilbert & LaDuca, LLP |
| Address: | 4725 Wisconsin Avenue NW |
| | Suite 200 |
| City: | Washington   State: DC   Zip: 20016 |
| Phone Number w/Area Code: | (202) 789-3960 |
| City and State of Residence: | Tampa, FL |
| Primary E-mail Address: | awarren@cuneolaw.com |
| Secondary E-mail Address: | oharwood@cuneolaw.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Kolin C. Tang |
| Law Firm Name: | Miller Shah, LLP |
| Address: | 19712 MacArthur Blvd., Suite 222 |
| City: | Irvine   State: CA   Zip: 92612 |
| Phone Number w/Area Code: | (866) 540-5505   Bar # 279834 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: **September 7, 2022**        /s/ Barbara A. McAuliffe
                                    JUDGE, U.S. DISTRICT COURT



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon     )          In Re:  0123960
                                      Alexandra Coler Warren
                                      Cuneo Gilbert & LaDuca, LLP
                                      4725 Wisconsin Ave NW Ste 200
                                      Washington, DC 20016-4664

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 22, 2016**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 1st day of **September**, **2022**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-197024