**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| LAUREN GOODWIN-KOENIG, | Case No.:  1:22-cv-00212-ADA-BAM |
| Plaintiff, | **[PROPOSED] ORDER RE JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE** |
| v. | |
| TARGET CORPORATION, | Hon. Barbara A. McAuliffe |
| Defendant. | |

1   On October 17, 2023, the parties filed a joint stipulation to continue the scheduling
2   conference currently set for November 7, 2023. (Doc. 43.)  In the stipulation, the parties note
3   that a 90-day continuance will not impact any other deadlines in this case and Defendant's
4   Motion to Dismiss (Doc. 22) remains pending.  (*Id.*)

5   Based on the Joint Stipulation to Continue Scheduling Conference, and for good cause
6   shown, the Court hereby orders that the Scheduling Conference in the above-captioned matter is
7   continued to February 15, 2024, at 9:00 AM.

8
9   IT IS SO ORDERED.

10   Dated:   **October 18, 2023**            /s/ *Barbara A. McAuliffe*          _
11                                   UNITED STATES MAGISTRATE JUDGE